## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

GLENDA HESLEY, Derivatively on Behalf of
HECLA MINING COMPANY,

             Plaintiff,

   -v-

PHILLIPS S. BAKER, JR., TED CRUMLEY,
JOHN H. BOWLES, GEORGE R.
NETHERCUTT, JR., TERRY V. ROGERS,
CHARLES B. STANLEY and ANTHONY P.
TAYLOR,

             Defendants,
   -and-

HECLA MINING COMPANY, a Delaware
Corporation,

             Nominal Defendant.

C.A. No. 2:12-cv-00097-REB

### VERIFICATION OF GLENDA HESLEY

I, Glenda Hesley, hereby verify that:

1.    I am the plaintiff in the above-entitled action, have read the complaint and know the contents thereof, and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

2.    I am a current shareholder of Hecla Mining Company.

3.    I have not received, been promised or offered and will not accept any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this action except (i) such damages or other relief as the Court may award me as a member of the

Class; (ii) such fees, costs or other payments as the Court expressly approves to be paid to me, or

(iii) reimbursement, paid by my attorneys, of actual and reasonable out-of-pocket expenditures

incurred directly in connection with the prosecution of this action.

Dated: March _14_, 2012

_Glenda Hesley_
GLENDA HESLEY