


JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
brobbins@robbinsumeda.com
KEVIN SEELY
kseely@robbinsumeda.com
CHRISTOPHER WALTERS
cwalters@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Plaintiff Gerald Moss*

[Additional counsel listed on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GLENDA HESLEY, Derivatively on Behalf of HECLA MINING COMPANY,<br><br>  Plaintiff,<br>v.<br><br>PHILLIPS S. BAKER, JR., TED CRUMLEY, JOHN H. BOWLES, GEORGE R. NETHERCUTT, JR., TERRY V. ROGERS, CHARLES B. STANLEY, and ANTHONY P. TAYLOR,<br><br>  Defendants,<br>-and-<br><br>HECLA MINING COMPANY, a Delaware corporation,<br><br>  Nominal Defendant. | Civil Action No. 2:12-CV-00097-REB<br><br>**PLAINTIFFS GLENDA HESLEY, GERALD MOSS, AND JEFFREY ADAMS'S UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT LEAD COUNSEL REGARDING RELATED MATTERS** |

[Captioned continued on following page]

| | | |
|---|---|---|
| GERALD MOSS, Derivatively on Behalf of HECLA MINING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:12-cv-00098-CWD |
| v. | ) ) | |
| PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN, | ) ) ) ) ) ) ) | |
| Defendants, -and- | ) ) ) | |
| HECLA MINING COMPANY, a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |
| JEFFREY ADAMS, Derivatively on Behalf of HECLA MINING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:12-cv-00119-MHW |
| v. | ) ) | |
| PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN, | ) ) ) ) ) ) ) | |
| Defendants, -and- | ) ) ) | |
| HECLA MINING COMPANY, a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

WHEREAS, there are presently three related shareholder derivative actions against certain of the officers and directors of Hecla Mining Company ("Hecla") on file in this Court;

WHEREAS, the above-referenced shareholder derivative actions allege violations of state law that stem from the individual defendants' alleged breaches of their fiduciary duties owed to Hecla, and such claims involve common questions of law and fact;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, and to promote judicial efficiency, all of the counsel for the plaintiffs in the above-referenced shareholder derivative actions support this motion. The counsel are: (1) Rossman Law Group, PLLC and Gardy & Notis, LLP on behalf of plaintiff Glenda Hesley; (2) Johnson & Monteleone L.L.P. and Robbins Umeda LLP on behalf of plaintiff Gerald Moss; and (3) Johnson & Monteleone L.L.P., The Briscoe Law Firm, PLLC, and Powers Taylor LLP on behalf of Jeffrey Adams; and

WHEREAS, since it would be duplicative and wasteful of the Court's resources for defendants named in the captioned actions to have to respond to the individual complaints in the shareholder derivative actions prior to the agreed upon consolidation, the parties agree that defendants need not respond to the individual shareholder derivative complaints that have already been filed in this Court until after the actions have been consolidated.

NOW THEREFORE, plaintiffs hereby move, through their respective counsel of record, the Court to order:

1. That the following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Hesley v. Baker, et al.* | 2:12-cv-00097-REB | February 29, 2012 |

*Moss v. Baker, et al.*           2:12-cv-00098-CWD     February 29, 2012

*Adams v. Baker, et al.*         2:12-cv-00119-MHW     March 9, 2012

2. That every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | ) ) ) ) | Lead Case No. 2:12-cv-00097-REB (Consolidated with Case Nos. 2:12-cv-00098-CWD and 2:12-cv-000119-MHW) |
|---|---|---|
| This Document Relates To: ALL ACTIONS | ) ) ) ) | |

3. That the files of the consolidated action shall be maintained in one file under Master File No. 2:12-cv-00097-CWD.

4. That plaintiffs shall either designate a complaint as operative or file a Consolidated Complaint ("Consolidated Complaint") within 60 days after entry of this order, unless otherwise agreed upon by the parties. If filed, the Consolidated Complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein. Defendants shall respond to the operative complaint or Consolidated Complaint within 60 days after service, unless otherwise agreed by the parties. In the event that defendants file any motions directed at the operative complaint or Consolidated Complaint, the opposition and reply briefs shall be filed within 45 and 30 days, respectively, of the motions, unless otherwise agreed upon by the parties. Counsel agrees to confer to select a hearing date.

5. That the Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions are:

> ROBBINS UMEDA LLP
> BRIAN J. ROBBINS
> brobbins@robbinsumeda.com
> KEVIN SEELY
> kseely@robbinsumeda.com
> CHRISTOPHER WALTERS
> cwalters@robbinsumeda.com
> 600 B Street, Suite 1900
> San Diego, California 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
>
> -and-
>
> GARDY & NOTIS, LLP
> JAMES S. NOTIS
> jnotis@gardylaw.com
> JENNIFER SARNELLI
> jsarnelli@gardylaw.com
> JONATHAN ADLER
> jadler@gardylaw.com
> 501 Fifth Avenue, Suite 1408
> New York, New York 10017
> Telephone: (212) 905-0509
> Facsimile: (212) 905-0508

6. That plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. That plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

8. That the Co-Liaison Counsel for plaintiffs for the conduct of these consolidated actions is:

> JOHNSON & MONTELEONE, L.L.P.
> SAM JOHNSON
> sam@treasurevalleylawyers.com
> 405 S. Eighth Street, Suite 250
> Boise, Idaho 83702
> Telephone: (208) 331-2100
> Facsimile: (208) 947-2424
>
> -and-
>
> ROSSMAN LAW GROUP, PLLC
> ERIC S. ROSSMAN
> erossman@rossmanlaw.com
> ERICA S. PHILLIPS
> ephillips@rossmanlaw.com
> CHAD M. NICHOLSON
> cnicholson@rossmanlaw.com
> 737 N. 7th Street
> Boise, Idaho 83702
> Telephone: (208) 331-2030
> Facsimile: (208) 342-2170

9. That plaintiffs' Co-Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Co-Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. That Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11. That the Court's Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

12. That when a case which properly belongs as part of the *In re Hecla Mining Company Derivative Shareholder Litigation*, Lead Case No. 2:12-cv-00097-REB, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re Hecla Mining Company Derivative Shareholder Litigation*, Lead Case No. 2:12-cv-00097-REB, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

13. Plaintiffs' counsel conferred with counsel for the defendants prior to filing this motion. Defendants' lawyers indicated that they do not oppose the request to consolidate the three shareholder derivative actions and that they take no position on the appointment of lead plaintiffs.

Dated: March 20, 2012

JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON

/s/ Sam Johnson
SAM JOHNSON

405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
sam@treasurevalleylawyers.com

*[Proposed] Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiff Gerald Moss*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN SEELY
CHRISTOPHER WALTERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
kseely@robbinsumeda.com
cwalters@robbinsumeda.com

|  |  |
|---|---|
| Dated: March 20, 2012 | *[Proposed] Co-Lead Counsel for Plaintiffs Counsel for Plaintiff Gerald Moss*<br><br>ROSSMAN LAW GROUP, PLLC<br>ERIC S. ROSSMAN<br>ERICA S. PHILLIPS<br>CHAD M. NICHOLSON<br><br>    /s/ Eric S. Rossman w/permission<br>              ERIC S. ROSSMAN<br><br>737 N. 7th Street<br>Boise, Idaho 83702<br>Telephone: (208) 331-2030<br>Facsimile: (208) 342-2170<br>erossman@rossmanlaw.com<br>ephillips@rossmanlaw.com<br>cnicholson@rossmanlaw.com<br><br>*[Proposed] Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiff Glenda Hesley*<br><br>GARDY & NOTIS, LLP<br>JAMES S. NOTIS<br>JENNIFER SARNELLI<br>JONATHAN ADLER<br>501 Fifth Avenue, Suite 1408<br>New York, New York 10017<br>Telephone: (212) 905-0509<br>Facsimile: (212) 905-0508<br>jnotis@gardylaw.com<br>jsarnelli@gardylaw.com<br>jadler@gardylaw.com<br><br>*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Glenda Hesley* |
| Dated: March 20, 2012 | JOHNSON & MONTELEONE, L.L.P.<br>SAM JOHNSON<br><br>           /s/ Sam Johnson<br>            SAM JOHNSON<br>405 S. Eighth Street, Suite 250<br>Boise, Idaho 83702<br>Telephone: (208) 331-2100<br>Facsimile: (208) 947-2424<br>sam@treasurevalleylawyers.com |

*[Proposed] Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiff Jeffrey Adams*

THE BRISCOE LAW FIRM, PLLC
WILLIE BRISCOE
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315
wbriscoe@thebriscoelawfirm.com

POWERS TAYLOR LLP
PATRICK POWERS
8150 N. Central Expressway
Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4565
Facsimile: (214) 550-2635
patrick@powerstaylor.com

*Counsel for Plaintiff Jeffrey Adams*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| **Chad Matthew Nicholson**<br>jcarroll@rossmanlaw.com<br>cnicholson@rossmanlaw.com | **Erica S Phillips**<br>jcarroll@rossmanlaw.com |
|---|---|
| **Eric S Rossman**<br>jcarroll@rossmanlaw.com | **Jennifer Sarnelli**<br>jsarnelli@gardylaw.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

Via first class mail, postage prepaid addressed as follows:

| James S. Notis<br>GARDY & NOTIS, LLP<br>560 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | Brian J. Robbins<br>Kevin A Seely<br>Christopher L. Walters<br>ROBBINS UMEDA LLP<br>600 B St., Suite 1900<br>San Diego, CA 92101 |
|---|---|
| Willie Briscoe<br>THE BRISCOE LAW FIRM, PLLC<br>8117 Preston Road, Suite 300<br>Dallas, TX 75225 | Patrick Powers<br>POWERS TAYLOR LLP<br>8150 N. Central Expressway<br>Suite 1575<br>Dallas, TX 75206 |
| Albert P. Barker<br>BARKER ROSHOLT &SIMPSON LLP<br>1010 W. Jefferson Street, Suite 102<br>P. O. Box 2139<br>Boise, ID 83701-2139 | Mark Filip<br>John F. Hartmann, P.C.<br>Joshua Z. Rabinovitz<br>KIRKLAND &ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 |

/s/ Sam Johnson
SAM JOHNSON
JOHNSON & MONTELEONE, L.L.P.

712445