JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
brobbins@robbinsumeda.com
KEVIN SEELY
kseely@robbinsumeda.com
CHRISTOPHER WALTERS
cwalters@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Plaintiff Gerald Moss*

[Additional counsel listed on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GLENDA HESLEY, Derivatively on Behalf of HECLA MINING COMPANY, <br><br> Plaintiff, <br> v. <br><br> PHILLIPS S. BAKER, JR., TED CRUMLEY, JOHN H. BOWLES, GEORGE R. NETHERCUTT, JR., TERRY V. ROGERS, CHARLES B. STANLEY, and ANTHONY P. TAYLOR, <br><br> Defendants, <br> -and- <br><br> HECLA MINING COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 2:12-CV-00097-REB <br><br> **NOTICE OF NO OPPOSITION FILED IN RESPONSE TO PLAINTIFFS GLENDA HESLEY, GERALD MOSS, AND JEFFREY ADAMS'S UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT LEAD COUNSEL REGARDING RELATED MATTERS** |

[Captioned continued on following page]

| | |
|---|---|
| GERALD MOSS, Derivatively on Behalf of HECLA MINING COMPANY, | )<br>)<br>) |
| Plaintiff,<br>v. | )  Civil Action No. 2:12-cv-00098-CWD<br>)<br>) |
| PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants,<br>-and- | )<br>) |
| HECLA MINING COMPANY, a Delaware corporation, | )<br>) |
| Nominal Defendant. | ) |
| JEFFREY ADAMS, Derivatively on Behalf of HECLA MINING COMPANY, | )<br>) |
| Plaintiff,<br>v. | )  Civil Action No. 2:12-cv-00119-MHW<br>) |
| PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants,<br>-and- | )<br>) |
| HECLA MINING COMPANY, a Delaware corporation, | )<br>) |
| Nominal Defendant. | ) |

PLEASE TAKE NOTICE that no opposition or objection has been filed in response to Plaintiffs Glenda Hesley, Gerald Moss, and Jeffrey Adams's Unopposed Motion to Consolidate Actions and Appoint Lead Counsel Regarding Related Matters filed on March 20, 2012 [Dkt. No. 9]. Plaintiffs respectfully request that the proposed order be issued.

Dated: April 16, 2012

JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON

/s/ Sam Johnson
SAM JOHNSON

405 S. Eighth Street, Suite 250
Boise, Idaho  83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
sam@treasurevalleylawyers.com

*[Proposed] Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiff Gerald Moss*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN SEELY
CHRISTOPHER WALTERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsumeda.com
kseely@robbinsumeda.com
cwalters@robbinsumeda.com

*[Proposed] Co-Lead Counsel for Plaintiffs Counsel for Plaintiff Gerald Moss*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| **Chad Matthew Nicholson**<br>jcarroll@rossmanlaw.com<br>cnicholson@rossmanlaw.com | **Erica S Phillips**<br>jcarroll@rossmanlaw.com |
|---|---|
| **Eric S Rossman**<br>jcarroll@rossmanlaw.com | **Jennifer Sarnelli**<br>jsarnelli@gardylaw.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

Via first class mail, postage prepaid addressed as follows:

| James S. Notis<br>GARDY & NOTIS, LLP<br>560 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | Brian J. Robbins<br>Kevin A Seely<br>Christopher L. Walters<br>ROBBINS UMEDA LLP<br>600 B St., Suite 1900<br>San Diego, CA 92101 |
|---|---|
| Willie Briscoe<br>THE BRISCOE LAW FIRM, PLLC<br>8117 Preston Road, Suite 300<br>Dallas, TX 75225 | Patrick Powers<br>POWERS TAYLOR LLP<br>8150 N. Central Expressway<br>Suite 1575<br>Dallas, TX 75206 |
| Albert P. Barker<br>BARKER ROSHOLT &SIMPSON LLP<br>1010 W. Jefferson Street, Suite 102<br>P. O. Box 2139<br>Boise, ID 83701-2139 | Mark Filip<br>John F. Hartmann, P.C.<br>Joshua Z. Rabinovitz<br>KIRKLAND &ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 |

/s/ Sam Johnson
SAM JOHNSON
JOHNSON & MONTELEONE, L.L.P.

719860_1