## UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| GLENDA HESLEY, Derivatively on Behalf of HECLA MINING COMPANY, | Civil No. 2:12-CV-00097-REB |
| Plaintiff, | |
| vs. | |
| PHILLIPS S. BAKER, JR., TED CRUMLEY, JOHN H. BOWLES, GEORGE R. NETHERCUTT, JR., TERRY V. ROGERS, CHARLES B. STANLEY, and ANTHONY P. TAYLOR, | **ORDER GRANTING PLAINTIFFS GLENDA HESLEY, GERALD MOSS, AND JEFFREY ADAMS'S UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT LEAD COUNSEL REGARDING RELATED MATTERS** |
| Defendants, | |
| -and- | |
| HECLA MINING COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |
| | Civil Action No. 2:12-cv-00098-CWD |
| GERALD MOSS, Derivatively on Behalf of HECLA MINING COMPANY, | |
| Plaintiff, | |
| vs. | |
| PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN, | |
| Defendants, | |
| -and- | |
| HECLA MINING COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| JEFFREY ADAMS, Derivatively on Behalf of HECLA MINING COMPANY,<br><br>     Plaintiff,<br><br>     vs.<br><br>PHILLIPS S. BAKER, JR., JOHN H. BOWLES, TERRY V. ROGERS, CHARLES B. STANLEY, ANTHONY P. TAYLOR, TED CRUMLEY, GEORGE R. NETHERCUTT, JR., JAMES A. SABALA, and DAVID J. CHRISTENSEN,<br><br>     Defendants,<br><br>     -and-<br><br>HECLA MINING COMPANY, a Delaware corporation,<br><br>     Nominal Defendant. | Civil Action No. 2:12-cv-00119-MHW |

THIS MATTER comes before the Court on Plaintiffs Glenda Hesley, Gerald Moss, and Jeffrey Adams's Motion to Consolidate Actions and Appoint Lead Counsel Regarding Related Matters (the "Motion") (Docket No. 9).

Having reviewed the Motion and finding good cause therein, the Court hereby GRANTS the Motion and further ORDERS as follows:

1.     The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hesley v. Baker, et al.* | 2:12-cv-00097-REB | February 29, 2012 |
| *Moss v. Baker, et al.* | 2:12-cv-00098-CWD | February 29, 2012 |
| *Adams v. Baker, et al.* | 2:12-cv-00119-MHW | March 9, 2012 |

2.      Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Lead Case No. 2:12-cv-00097-REB
(Consolidated with Case Nos. 2:12-cv-00098-CWD and 2:12-cv-000119-MHW)

3.      The files of the consolidated action shall be maintained in one file under Master File No. 2:12-cv-00097-REB.

4.      Plaintiffs shall either designate a complaint as operative or file a consolidated complaint ("Consolidated Complaint") within 60 days after entry of this order, unless otherwise agreed upon by the parties.  If filed, the Consolidated Complaint shall be the operative complaint and shall supersede all other complaints filed in any of the actions consolidated herein. Defendants shall respond to the operative complaint or Consolidated Complaint within 60 days after service, unless otherwise agreed by the parties.  In the event that Defendants file any motions directed at the operative complaint or Consolidated Complaint, the opposition and reply briefs shall be filed within 45 days for the opposition, and 30 days to follow for the reply. Counsel agrees to confer to select a hearing date, in conjunction with the Court's courtroom deputy, Lynette Case.

5.     Co-Lead Counsel for Plaintiffs for the conduct of these consolidated actions are:

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
brobbins@robbinsumeda.com
KEVIN SEELY
kseely@robbinsumeda.com
CHRISTOPHER WALTERS
cwalters@robbinsumeda.com
600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

-and-

GARDY & NOTIS, LLP
JAMES S. NOTIS
jnotis@gardylaw.com
JENNIFER SARNELLI
jsarnelli@gardylaw.com
JONATHAN ADLER
jadler@gardylaw.com
501 Fifth Avenue, Suite 1408
New York, New York 10017
Telephone: (212) 905-0509
Facsimile: (212) 905-0508

6.     Plaintiffs' Co-Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.     Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel.

8.      Co-Liaison Counsel for Plaintiffs in these consolidated actions is:

JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

-and-

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN
erossman@rossmanlaw.com
ERICA S. PHILLIPS
ephillips@rossmanlaw.com
CHAD M. NICHOLSON
cnicholson@rossmanlaw.com
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170

9.      Plaintiffs' Co-Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Plaintiffs' Co-Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.  In addition, Plaintiffs' Co-Liaison Counsel shall have direct responsibility for ensuring that all filings and other actions conducted by Plaintiffs' Co-Lead Counsel comply with the Local Rules of the U.S. District Court for the District of Idaho.

10.      Defendants' counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or other duly authorized representative of Plaintiffs' co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11.     This Order shall apply to each case, arising out of the same or substantially the same transaction or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

12.     When a case that properly belongs as part of the *In re Hecla Mining Company Derivative Shareholder Litigation*, Lead Case No. 2:12-cv-00097-REB, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the *In re Hecla Mining Company Derivative Shareholder Litigation*, Lead Case No. 2:12-cv-00097-REB, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**IT IS SO ORDERED.**



**DATED:  May 17, 2012**

Honorable Ronald E. Bush
U. S. Magistrate Judge