JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, Idaho  83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

*Co-Liaison Counsel for Plaintiffs*

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
brobbins@robbinsumeda.com
KEVIN SEELY
kseely@robbinsumeda.com
CHRISTOPHER WALTERS
cwalters@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | ) Lead Case No. 2:12-cv-00097-REB<br>)<br>) (Consolidated with Case Nos. 2:12-cv-00098-<br>) CWD and 2:12-cv-000119-MHW)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS | ) STIPULATION AND PROPOSED<br>) ORDER TO TEMPORARILY STAY<br>) ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, on February 29, 2012, plaintiff Glenda Hesley filed a shareholder derivative complaint ("Complaint") against certain officers and directors of Hecla Mining Company (together with nominal defendant Hecla, "Defendants") alleging breach of fiduciary duties, waste of corporate assets, and unjust enrichment.  Subsequently, on February 29, 2012 plaintiff Gerald Moss filed a similar derivative lawsuit and on March 9, 2012 Jeffrey Adams filed a similar action (collectively, Hesley, Moss and Adams are referred to as Plaintiffs).  These actions were consolidated into the above-captioned action on May 17, 2012 (the "Derivative Action");

WHEREAS, two putative class actions styled *Bricklayers of Western Pennsylvania v. Hecla Mining Company*, Case No. 2:12-cv-00042-BLW and *Vita v. Hecla Mining Company*, Case No. 2:12-cv-00067-EJL are currently pending in the U.S. District Court, District of Idaho, asserting that Hecla and certain of its current officers violated federal securities laws by making false and misleading statements (the "Securities Class Actions");

WHEREAS, the instant Derivative Action asserts claims against Defendants, some of whom are also defendants in the Securities Class Actions;

WHEREAS, pursuant to the May 17, 2012 Order, Plaintiffs in this Derivative Action must file a consolidated complaint no later than July 16, 2012, and Defendants must file a response no later than  September 14, 2012;

WHEREAS, the parties in the Securities Class Action are currently briefing multiple motions for consolidation and appointment of leadership structure, and the defendants expect to file a motion to dismiss in the related Securities Class Actions;

WHEREAS, under the unique circumstances of this case, the parties have reached an agreement to temporarily stay this Derivative Action pending the resolution of the anticipated motion to dismiss in the Securities Class Actions;

- 1 -

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to the Court's approval:

1. The Derivative Action shall be stayed pending a resolution of the anticipated motion to dismiss in the Securities Class Actions or until otherwise agreed to by the parties;

2. Either side shall have the unilateral right to lift the stay with 10 days notice to the other side. If such notice is given, the parties shall use the 10 days to meet and confer concerning a schedule for further proceedings in the Derivative Action and advise the Court accordingly. If such notice is given, it shall not prejudice the other side's right to move the Court to stay the matter again;

3. In the event that Defendants produce documents while the stay is in effect to any of the plaintiffs in the Securities Class Actions, either formally or informally, Defendants shall simultaneously provide to Plaintiffs such documents, subject to entry of a protective order or an appropriate confidentiality agreement consistent with whatever protective order or confidentiality agreement may be entered into in the Securities Class Actions;

4. In the event that the parties to the Securities Class Action engage in settlement discussions while the stay is in effect, Defendants will inform Plaintiffs of such discussions and agree to meet and confer with Plaintiffs regarding Plaintiffs' attendance at any mediation if one takes place; and

5. If the stay is not otherwise lifted, within thirty (30) days of the resolution of the anticipated motion(s) to dismiss the Securities Class Actions, the parties shall meet and confer concerning a schedule for further proceedings in the Derivative Action and advise the Court accordingly.

Dated: June 19, 2012

JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON
405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
sam@treasurevalleylawyers.com

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN
ERICA S. PHILLIPS
CHAD M. NICHOLSON
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170
erossman@rossmanlaw.com
ephillips@rossmanlaw.com
cnicholson@rossmanlaw.com

*Co-Liaison Counsel for Plaintiffs*

 *s/ Christopher Walters*
ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN SEELY
CHRISTOPHER WALTERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
kseely@robbinsumeda.com
cwalters@robbinsumeda.com


 *s/ Jennifer Sarnelli*
GARDY & NOTIS, LLP
JAMES S. NOTIS
JENNIFER SARNELLI
JONATHAN ADLER
501 Fifth Avenue, Suite 1408
New York, New York 10017
Telephone: (212) 905-0509
Facsimile: (212) 905-0508
jnotis@gardylaw.com
jsarnelli@gardylaw.com
jadler@gardylaw.com

*Co-Lead Counsel for Plaintiffs*

- 3 -

Dated: June 20, 2012

|  | *s/ Albert P. Barker* |
|---|---|
| Mark Filip | Albert P. Barker |
| John F. Hartmann, P.C. | BARKER ROSHOLT & SIMPSON LLP |
| Joshua Z. Rabinovitz | 1010 W. Jefferson Street, Suite 102 |
| KIRKLAND & ELLIS LLP | P. O. Box 2139 |
| 300 N. LaSalle Street | Boise, ID 83701-2139 |
| Chicago, IL 60654 | Telephone: (208) 336-0700 |
| Telephone: (312) 862-2000 | apb@idahowaters.com |

*Counsel for nominal defendant Hecla Mining Co.*

William F. Boyd
Michael E. Ramsden
RAMSDEN & LYONS, LLP
P.O. Box 1336
Coeur d'Alene, ID 83816
Telephone: (208) 664-5818

Warren R. Stern
José L. Miñán
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000

*Counsel for nominal defendant Hecla and individual defendants Phillips S. Baker, Jr., John H. Bowles, Terry V. Rogers, Charles B. Stanley, Anthony P. Taylor, Ted Crumley, George R. Nethercutt, Jr., James A. Sabala, and David J. Christensen*

*Counsel for defendants Phillips S. Baker, Jr., John H. Bowles, Terry V. Rogers, Charles B. Stanley, Anthony P. Taylor, Ted Crumley, George R. Nethercutt, Jr., James A. Sabala, and David J. Christensen*