Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson Street, Suite 102
P. O. Box 2139
Boise, ID 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034

*Counsel for Hecla Mining Company, et al.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | Lead Case No. 2:12-cv-00097-REB <br><br> (Consolidated with Case Nos. 2:12-cv-00098-CWD and 2:12-cv-000119-MHW) |
| This Document Relates To: <br><br> ALL ACTIONS | **NOTICE OF LIFTING THE STAY OF PROCEEDINGS** |

Pursuant to the Court's June 28, 2012 Order (Docket #22), the defendants hereby notify the Court that they have exercised their right to lift the stay of these proceedings:

1.  This case is a putative shareholder derivative action against officers and directors of Hecla Mining Company. On May 17, 2012, the Court consolidated three similar actions into this case: *Hesley v. Baker*, No. 2:12-cv-97-REB; *Moss v. Baker*, No. 2:12-cv-98-CWD; and *Adams v. Baker*, 2:12-cv-119-MHW. *See* Docket #14. On June 28, 2012, the Court adopted a stipulation of the parties staying the consolidated case pending a resolution of the anticipated motion to dismiss the securities fraud case in *Bricklayers of Western Pennsylvania Pension Plan v. Hecla Mining Co.*, No. 2:12-cv-42-BLW, or until either side lifts the stay. *See* Docket #22. As a result, this case has been stayed since June 28.

2. On November 8, 2012, counsel for the defendants notified counsel for the plaintiffs that defendants were invoking paragraph 2 of the Court's June 28 Order, which allows them to lift the stay with ten days notice to the plaintiffs.

3. Per the Court's June 28 Order, the parties will confer in the next ten days regarding a schedule for further proceedings and advise the Court accordingly.

Dated: November 9, 2012

Respectfully submitted,

_/S/ Albert P. Barker_
Albert P. Barker, ISB #2867
BARKER, ROSHOLT & SIMPSON LLP
1010 W. Jefferson St., Suite 102
P.O. Box 2139
Boise, ID 83701-2139
(208) 336-0700
apb@idahowaters.com

William F. Boyd, ISB #1070
Michael E. Ramsden, ISB #2368
RAMSDEN & LYONS, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
(208) 664-5818
firm@ramsdenlyons.com

*Counsel for the Individual Defendants and Hecla Mining Company*

Mark Filip
Robert J. Kopecky
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
*Counsel for Hecla Mining Company*

          Warren R. Stern
          José L. Miñán
          WACHTELL, LIPTON, ROSEN & KATZ
          51 West 52nd Street
          New York, NY 10019
          *Counsel for the Individual Defendants*