JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON, ISB # 4777
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN, ISB #4573
erossman@rossmanlaw.com
ERICA S. PHILLIPS, ISB #6009
ephillips@rossmanlaw.com
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170

*Co-Liaison Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | ) Lead Case No. 2:12-cv-00097-REB ) ) (Consolidated with Case Nos. 2:12-cv-00098-CWD and 2:12-cv-000119-MHW) |
| This Document Relates To: ALL ACTIONS | ) **NOTICE OF VOLUNTARY WITHDRAWAL OF PLAINTIFF GERALD MOSS** |

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that consistent with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Gerald Moss ("Moss") is hereby withdrawing from this shareholder derivative case. This withdrawal of plaintiff Moss does not affect in any material way this shareholder derivative action; the remaining shareholder plaintiffs continue to pursue the consolidated shareholder derivative claims under the above caption ("Consolidated Action") and the current posture of the Consolidated Action will not be affected. The adverse parties have not filed an answer to the complaint or a motion for summary judgment with regards to the Consolidated Action. The interests of Hecla Mining Company in the Consolidated Action will continue to be represented by plaintiffs Glenda Hesley and Jeffrey Adams, as provided by the Court's order of May 17, 2012. All parties have been advised of this notice in advance of filing and no party opposes this withdrawal.

Dated: May 22, 2013

JOHNSON & MONTELEONE, L.L.P.

_____
SAM JOHNSON, ISB # 4777

405 S. Eighth Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
sam@treasurevalleylawyers.com

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN, ISB #4573
ERICA S. PHILLIPS, ISB #6009
737 N. 7th Street
Boise, Idaho 83702
Telephone: (208) 331-2010
Facsimile: (208) 342-2170
erossman@rossmanlaw.com
ephillips@rossmanlaw.com

*Co-Liaison Counsel for Plaintiffs*

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
LAUREN N. OCHENDUSZKO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
lochenduszko@robbinsarroyo.com

GARDY & NOTIS, LLP
JAMES S. NOTIS
JENNIFER SARNELLI
JONATHAN ADLER
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337
jnotis@gardylaw.com
jsarnelli@gardylaw.com
jadler@gardylaw.com

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of May 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| **James S. Notis**<br>jnotis@gardylaw.com | **Erica S. Phillips**<br>jcarroll@rossmanlaw.com |
|---|---|
| **Eric S. Rossman**<br>jcarroll@rossmanlaw.com | **Jennifer Sarnelli**<br>jsarnelli@gardylaw.com |
| **Albert P. Barker**<br>apb@idahowaters.com<br>brs@idahowaters.com<br>sle@idahowaters.com | **Chad Matthew Nicholson**<br>jcarroll@rossmanlaw.com<br>cnicholson@rossmanlaw.com |
| **Lauren N. Ochenduszko**<br>lochenduszko@robbinsarroyo.com<br>notice@robbinsarroyo.com | **Kevin A. Seely**<br>kseely@robbinsarroyo.com<br>notice@robbinsarroyo.com |
| **William F. Boyd**<br>firm@ramsdenlyons.com | |

                                                   /s/ Sam Johnson
SAM JOHNSON
JOHNSON & MONTELEONE, L.L.P.