JOHNSON & MONTELEONE, L.L.P.
SAM JOHNSON, ISB # 4777
sam@treasurevalleylawyers.com
405 S. Eighth Street, Suite 250
Boise, ID 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN, ISB #4573
erossman@rossmanlaw.com
ERICA S. PHILLIPS, ISB #6009
ephillips@rossmanlaw.com
737 N. 7th Street
Boise, ID 83702
Telephone: (208) 331-2030
Facsimile: (208) 342-2170

*Co-Liaison Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | Lead Case No. 2:12-cv-00097-REB <br><br> (Consolidated with Case Nos. 2:12-cv-00098-CWD and 2:12-cv-000119-MHW) |
| This Document Relates To: <br><br> ALL ACTIONS | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Glenda Hesley and Jeffrey Adams ("Plaintiffs") and defendants Phillips S. Baker, Jr., James A. Sabala, John H. Bowles, Terry V. Rogers, Charles B. Stanley, Anthony P. Taylor, Ted Crumley, George R. Nethercutt, Jr., (collectively "Individual Defendants") and nominal party Hecla Mining Company ("Hecla") (collectively "Defendants")(Defendants together with Plaintiffs are referred to herein as the "Parties"), by and through their respective counsel, hereby respectfully submit the following stipulation ("Joint Stipulation of Voluntary Dismissal") and proposed order pursuant to 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure requesting to voluntarily dismiss the above-captioned action ("Action") with prejudice, as to Plaintiffs.

WHEREAS, on January 7, 2013, Plaintiffs filed their Consolidated Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment ("Complaint") before this Court (Dkt. No. 33);

WHEREAS, on February 20, 2014, this Court dismissed the Complaint without prejudice and with leave to amend ("Order") (Dkt. No. 64);

WHEREAS, on March 10, 2014, the Court ordered that the Plaintiffs may now file an amended complaint by April 21, 2014 (Dkt. No. 68);

WHEREAS, the Plaintiffs have decided not to file an amended complaint and the Parties now seek to voluntarily dismiss this Action with prejudice as to themselves and with each party to bear its own fees and costs;

WHEREAS, neither Hecla nor the Individual Defendants have made or promised any payment, direct or indirect, to the Plaintiffs or their counsel in consideration of the dismissal of this Action; and

WHEREAS, the Parties agree that none of the Parties shall seek reimbursement from any of the other Parties of any fees, costs, expenses, or damages in connection with the filing,

prosecution, defense, or dismissal of this Action, and release each other as to any claim with respect thereof.

Accordingly, the Parties hereby jointly request that the Court enter an Order:

1. Dismissing Plaintiffs' Action with prejudice, as to Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees

Dated: April 21, 2014

Respectfully submitted,

JOHNSON & MONTELEONE, L.L.P.

/s/ Sam Johnson
SAM JOHNSON, ISB # 4777

405 S. 8th Street, Suite 250
Boise, ID 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
sam@treasurevalleylawyers.com

ROSSMAN LAW GROUP, PLLC
ERIC S. ROSSMAN, ISB #4573
ERICA S. PHILLIPS, ISB #6009
737 N. 7th Street
Boise, ID 83702
Telephone: (208) 331-2010
Facsimile: (208) 342-2170
erossman@rossmanlaw.com
ephillips@rossmanlaw.com

*Co-Liaison Counsel for Plaintiffs*

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com

GARDY & NOTIS, LLP
JAMES S. NOTIS
JENNIFER SARNELLI
JONATHAN ADLER

501 Fifth Avenue
New York, NY 10017
Telephone: (212) 905-0509
Facsimile: (212) 905-0508
jnotis@gardylaw.com
jsarnelli@gardylaw.com
jadler@gardylaw.com

*Co-Lead Counsel for Plaintiffs*

BARKER ROSHOLT & SIMPSON LLP

/s/ Albert P. Barker
ALBERT P. BARKER

1010 W. Jefferson Street, Suite 102
P.O. Box 2139
Boise, ID 83702
Telephone: (208) 336-0700
Facsimile: (208) 344-6034
apb@idahowaters.com

RAMSDEN & LYONS, LLP
William F. Boyd
700 Northwest Blvd.
Coeur d' Alene, ID 83814
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
firm@ramsdenlyons.com

*Attorneys for Nominal Defendant Hecla Mining Company and Individual Defendants Phillips S. Baker, Jr., John H. Bowles, Terry V. Rogers, Charles B. Stanley, Anthony P. Taylor, Ted Crumley, George R. Nethercutt, Jr., James A. Sabala, and David J. Christensen*

WACHTELL, LIPTON, ROSEN, & KATZ
Warren R. Stern
José L. Miñán
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
wrstern@wlrk.com
jlminan@wlrk.com

*Counsel for Individual Defendants*

KIRKLAND & ELLIS LLP
Mark Filip
Robert J. Kopecky
John F. Hartmann, P.C.

Joshua Z. Rabinovitz
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
mark.filip@kirkland.com
john.hartmann@kirkland.com
robert.kopecky@kirkland.com
joshua.rabinovitz@kirkland.com

*Counsel for Nominal Defendant Hecla Mining Co.*

948827