# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE HECLA MINING COMPANY DERIVATIVE SHAREHOLDER LITIGATION | Case No.: 2:12-CV-00097-REB |
| | Consolidated with Case Nos: 2:12-cv-00098-CWD 2:12-cv-000119-MHW |
| This Document Relates To: ALL ACTIONS | **ORDER DISMISSING ACTION WITH PREJUDICE** |

Having received and reviewed the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Docket No. 70), and good cause appearing therefore, the Court hereby ADOPTS the Stipulation and enters the following Order:

Plaintiffs' action is dismissed with prejudice pursuant to FRCP 41(a), with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: **April 21, 2014**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER - 1**